JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.L., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No. 2:19-cv-04833-SHK <br><br> JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order.

DATED: 05/11/2020

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge