1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10  | RICHARD LEON,

11  |              Plaintiff,

12  |       vs.

13  | ANDREW SAUL,
Commissioner of Social Security,

14

15  |              Defendant

16

| Case No.: 2:19-cv-04833-SHK

~~[PROPOSED]~~ ORDER AWARDING
EQUAL ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)
AND COSTS PURSUANT TO 28
U.S.C. § 1920

17         Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19         IT IS ORDERED that fees and expenses in the amount of $4,000.00 as

20  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21  awarded subject to the terms of the Stipulation.

22  DATE: August 7, 2020

23

24  THE HONORABLE SHASHI KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING

3         /s/ *Denise Bourgeois Haley*

4    _____
     Denise Bourgeois Haley
5    Attorney for plaintiff Richard Leon

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26